UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY RONNING,

            Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

           Defendant.
_____/

Case No. 14-11893

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (ECF NO. 20); (2) GRANTING DEFENDANT
COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 10);
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 9)

On May 20, 2016, Magistrate Judge Elizabeth Stafford issued a Report and Recommendation addressing the cross motions for summary judgment in this action. (ECF No. 20, Report and Recommendation.) In the Report and Recommendation, the Magistrate Judge recommends that this Court grant Defendant Commissioner's motion for summary judgment and deny Plaintiff's motion for summary judgment.

Having thoroughly reviewed the Report and Recommendation and there being no timely objections from either party pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 20), GRANTS Defendant Commissioner's Motion for Summary Judgment (ECF No. 10), DENIES Plaintiff's Motion for Summary Judgment

(ECF. No. 9), and DISMISSES this action with PREJUDICE.

    IT IS SO ORDERED.

                      s/Paul D. Borman
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 8, 2016.

                      s/Deborah Tofil
                      Case Manager